IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINAYKUMAR PATEL, | : | Civil No. 1:25-CV-02271 |
| Petitioner, | : | |
| v. | : | |
| PAMELA BONDI, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 28th day of January, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED THAT** the petition for writ of habeas corpus, Doc. 1, is **DENIED**.  The Clerk of Court shall close this case.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Judge<br>
Middle District of Pennsylvania